FILED
CLERK, U.S. DISTRICT COURT

NOV - 3 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CHRISTOPHER HAMMON, <br><br> Defendant. | Case No. ED 09-248 M <br><br> ORDER OF DETENTION AFTER HEARING [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. § 3143 (a)] |

   The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Southern Dist. of CA_ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

   The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1 (a)(6) and 18 U.S.C. § 3143 (a),

   The Court finds that:

A.   (✓)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142 (b) or (c). This finding is based on • _Lack of Bail Resources;_ • _Unknown Community Ties; Multiple Identifiers (13 Alias, 3 SSN)_

1

1
2
3  and/or
4  B.   (✓)   The defendant has not met his/her burden of establishing by clear and
5  convincing evidence that he/she is not likely to pose a danger to the safety of any
6  other person or the community if released under 18 U.S.C. § 3142 (b) or (c). This
7  finding is based on: EXTENSIVE CRIMINAL HISTORY
8
9
10                                                                                                                  .
11
12          IT THEREFORE IS ORDERED that the defendant be detained pending the
13  further revocation proceedings.
14
15  DATED: 11/3/09
16
17
18                                                                              
19                          DAVID T. BRISTOW
                            UNITED STATES MAGISTRATE JUDGE